IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAN O' DONNELL, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | Case No. 4:13-CV-0505CEJ |
| ) | |
| FINANCIAL RECOVERY SERVICES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed without prejudice and without costs, disbursements or attorney fees to any party and that a judgment of dismissal without prejudice may be entered in the above-captioned action accordingly.

ATTORNEYS FOR PLAINTIFF

Dated:  October 7, 2013           By:   s/ James W. Eason
                                  James W. Eason (52046MO)
                                  THE EASON LAW FIRM, LLC
                                  1 North Taylor Avenue
                                  St. Louis, MO 63108
                                  Telephone:  314-932-1066
                                  Facsimile:  314-667-3161
                                  james.w.eason@gmail.com

1

2400671v1

2

|  |  |
|---|---|
| | ATTORNEYS FOR DEFENDANT |
| Dated: September 25, 2013 | By:     s/ James R. Bedell           |
| | James R. Bedell (351544MN) |
| | MOSS & BARNETT, P.A. |
| | 4800 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| | Telephone:  612.877.5310 |
| | Facsimile:  612.877.5999 |
| | BedellJ@moss-barnett.com |
| | |
| | Joshua C. Dickinson (51446MO) |
| | SPENCER FANE, LLP |
| | 12925 W. Dodge Rd. |
| | Suite 107 |
| | Omaha, NE 68154 |
| | Telephone:  402-965-8600 |
| | Facsimile:  402-965-8601 |
| | jdickinson@spencerfane.com |

2400671v1