UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAN O'DONNELL, SR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 4:13-CV-505  (CEJ) |
| FINANCIAL RECOVERY SERVICES, INC., | ) ) ) ) |
| Defendant. | ) |

## ORDER

In accordance with the parties' stipulation for dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action without prejudice. Fed.R.Civ.P. 41(a)(1)(A)(ii).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 8th day of October, 2013.